638

464 A.2d 533

Rea, et al., Appellants v. Schmocker.

Argued November 9, 1982. Edward B. Friedman, for appellants; Richard J. Mills, for appellees.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

Judgment affirmed.

464 A.2d 534

Rogers v. Billings, Appellant.

Argued April 6, 1983. H.P. Billings, appellant, in propria persona; Harry C. Rogers, appellee, in propria persona.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Order affirmed.